## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Consumer Financial Protection Bureau, | Case No.: 2:24-cv-13442 |
| Plaintiff, | Hon. Brandy McMillion |
| v. | |
| Rocket Homes Real Estate LLC, | |
| Jason Mitchell, and | |
| JMG Holding Partners LLC, *et al.*, | |
| Defendants. | |

## PLAINTIFF'S NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff, Consumer Financial Protection Bureau, dismisses this action, with prejudice, against all Defendants.

Respectfully submitted,

Dated: February 27, 2025

Mark Paoletta
*Chief Legal Officer*
Daniel Shapiro
*Deputy Chief Legal Officer*
Cara Petersen
*Principal Deputy Enforcement Director*
Jade Burns
*Assistant Litigation Deputy*

/s/ David Dudley
David Dudley
DC Bar No. 474120
Tel: (202) 435-9284
Fax: (202) 435-7722
Email: david.dudley@cfpb.gov

Enforcement Attorney
Consumer Financial Protection
Bureau
1700 G Street NW
Washington, DC 20552

Local Designee
(as required by E.D. Mich. L.R.
83.20(g))

DAWN N. ISON
United States Attorney

KEVIN R. ERSKINE (P69120)
Assistant U.S. Attorney
United States Attorney's Office
211 W. Fort St., Suite 2001
Detroit, MI 48226
Tel: (313) 226-9610
Email: Kevin.Erskine@usdoj.gov

2

## Certificate of Service

I certify that on February 27, 2025, a true copy of the above Notice of Dismissal has been filed electronically with the Eastern District of Michigan Clerk of Court and copies have been sent by email to all counsel of record.

Dated:  February 27, 2025

    /s/ David Dudley

David Dudley