UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONSUMER FINANCIAL
PROTECTION BUREAU,

      Plaintiff,

v.

JMG HOLDING PARTNERS,
LLC, ET AL.,

      Defendants.

Case No. 24-cv-13442
Hon. Brandy R. McMillion

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is **DISMISSED WITH PREJUDICE** and the pending Motions to Dismiss (ECF No. 9 and ECF No. 11) are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

s/Brandy R. McMillion
BRANDY R. MCMILLION
UNITED STATES DISTRICT JUDGE

Dated: February 28, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 28, 2025, by electronic means and/or ordinary mail.

s/L. Hosking
Case Manager